| | |
|---|---|
| 1 | E. MARTIN ESTRADA |
| 2 | United States Attorney |
| | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
| 4 | Chief, Civil Division |
| | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
| 6 | Senior Trial Attorney, Civil Division |
| 7 | MARY TSAI, CSBN 216963 |
| | Special Assistant United States Attorney |
| 8 |     Social Security Administration |
| 9 |     6401 Security Boulevard |
| |     Baltimore, MD 21235 |
| 10 |     Telephone: (510) 970-4864 |
| 11 |     Email:  mary.tsai@ssa.gov |
| 12 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DIVISION

| | |
|---|---|
| STEPHANIE ROCHELLE ALLEN, | Case No. 2:24-cv-02223-SHK_____ |
| Plaintiff, | **[PROPOSED]** JUDGMENT OF REMAND |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of

-1-

1  Social Security for further proceedings consistent with the Stipulation to Remand.

3  DATED: 8/13/2024

_____
HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

-2-